ACCEPTED
12-14-00081-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/17/2015 9:09:46 AM
Pam Estes
CLERK



**BOARD CERTIFIED®**

Criminal Law

*Leslie Poynter Dixon*

Attorney at Law
P.O. Box 626
Edgewood, Texas 75117

Tel: 903-896-7649  Fax: 903-896-7686
Email: Leslie@LesliePDixon.LegalOffice.Pro

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/17/2015 9:09:46 AM
PAM ESTES
Clerk

November 17, 2015

Cathy S. Lusk
Clerk, Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE:        Case Numbers: 12-14-00081-CR and 12-14-00082-CR
           Trial Court Case Number:    A-19,733, A-19-734

STYLE:     Christopher David Swofford vs. The State of Texas

Ms. Lusk:

I hereby certify that on November 17, 2015 I sent Christopher David Swofford a copy of this Court's opinion and judgment, along with notification of his right to file a pro se petition for discretionary review under Rule 68. I have attached a copy of the receipt received at the time of mailing. If, and when, the return receipt is provided by the postal service I will forward a copy to the Court.

Sincerely,
/s/ Leslie Poynter Dixon

LESLIE POYNTER DIXON

Attachment

# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NAVASOTA, TX 77868

OFFICIAL USE

| | | 0117 |
| --- | --- | --- |
| Postage | $3.45  $2.80 | 01 |
| Certified Fee | $0.00 | |
| | $0.00 | Postmark |
| Return Receipt Fee (Endorsement Required) | $0.00 | Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| | $1.66 | |
| Total Postage & Fees | $  $8.11 | 11/17/2015 |

Sent To Christopher David Swofford
TDCJ-ID 01908208

Street, Apt. No.; Pack 1 Unit
or PO Box No. 2400 Wallace Pack Road

City, State, ZIP+4 Navasota, TX 77868

PS Form 3800, August 2006          See Reverse for Instructions

7012 2210 0001 5660 2533